**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**James A Byrne U.S. Courthouse**
**601 Market Street**
**Philadelphia PA 19106**

Nakisha J. Lewis 4316 Ashburner Street Philadelphia PA 19136
**Plaintiff,**
v.
Detective Ralph D. Lewis, 1809 Sheridan Street Philadelphia PA 19122
individually and in his official capacity,
City of Philadelphia,
Philadelphia Police Department,
Philadelphia District Attorney's Office,
**Defendants**.

REC'D AUG - 3 2026

**COMPLAINT FOR WRONGFUL ARREST, ABUSE OF POWER, CONSPIRACY, AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**Plaintiff,** Nakisha J. Lewis, alleges as follows:

1. Plaintiff is a resident of Philadelphia, Pennsylvania.
2. Defendant Detective Ralph D. Lewis was, at all relevant times, a law enforcement officer employed by the Philadelphia County District Attorney's Office and a former Philadelphia Police Officer.
3. Defendant City of Philadelphia is a municipal government and legal entity responsible for the actions of its employees.
4. Defendant Philadelphia Police Department is a local law enforcement agency acting under the City of Philadelphia.
5. Defendant Philadelphia District Attorney's Office is the legal entity responsible for prosecuting criminal matters in Philadelphia County and for the acts and omissions of its employees, including approving and signing off on criminal referrals.
6. On or about March 27, 2023, the Philadelphia District Attorney's Office signed off on a referral, authorizing the pursuit of criminal charges against Plaintiff. This referral was based on a false police report filed by Defendant Lewis, who accused Plaintiff of theft of 1967 Mustang. Defendant Lewis misidentified Plaintiff as his "ex-wife," despite the fact that the parties were still legally married and, according to a 2019 property agreement negotiated with respective Divorce attorney(s), Plaintiff rightfully retained ownership of the vehicle.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**James A Byrne U.S. Courthouse**
**601 Market Street**
**Philadelphia PA 19106**

7. Acting on this referral, on March 30, 2023, Plaintiff was arrested by the Philadelphia Police Department. Plaintiff was wrongfully prosecuted, suffered significant emotional distress and trauma, and was later diagnosed with related medical conditions.

8. On October 2024, Plaintiff was acquitted of all charges. Family Court subsequently reaffirmed Plaintiff's legal ownership of the vehicle. Plaintiff filed for expungement arrest record in 2025 it has since been consented to and expunged.

9. The actions of Defendants constitute:

- ***Violation of Plaintiff's civil rights under the Fourth and Fourteenth Amendments;***
- ***Abuse of power by persons acting under color of state law;***
- ***Civil conspiracy/collusion to deprive Plaintiff of her civil rights;***
- ***Malicious prosecution;***
- ***Intentional infliction of emotional distress.***

10. Plaintiff alleges that, pursuant to Heck v. Humphrey, 512 U.S. 477 (1994), her cause of action for wrongful arrest and malicious prosecution did not accrue until October 2024, when she was acquitted and the criminal proceedings terminated in her favor. Accordingly, the statute of limitations and any notice or timeliness requirements should be calculated from the date of acquittal, not the date of arrest.

WHEREFORE, Plaintiff demands compensatory and punitive damages against all Defendants, costs, injunctive relief as appropriate, and such other relief as the Court deems just and proper.

**All referenced exhibits and supporting documentation will be made available to the Court, parties, or City of Philadelphia upon request or during discovery.*

**A Motion for Appointment of Counsel is being filed contemporaneously as this complaint.*

Respectfully submitted,

______________________
Nakisha J. Lewis
Pro Se