**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NAKISA J. LEWIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-5545** |
| | : | |
| **DETECTIVE RALPH D. LEWIS, CITY OF PHILADELPHIA, PHILADELPHIA DISTRICT ATTORNEY'S OFFICE** | : | |

## ORDER

**AND NOW**, this 29th day of September 2026, upon considering City of Philadelphia's Motion to dismiss (ECF 17) the pro se Complaint (ECF 1), Plaintiff's Opposition (ECF 18), the Philadelphia District Attorney's Office's Motion to dismiss (ECF 21), Plaintiff's Opposition (ECF 24), Detective Ralph Lewis's Motion to Dismiss (ECF 23), Plaintiff's Opposition (ECF 25), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** each Motion (ECFs 17, 21, 23) requiring we:

1. **Dismiss** with prejudice all claims against the Philadelphia Police Department and under the Fourteenth Amendment as withdrawn;

2. **Dismiss** the remaining pro so civil rights and Pennsylvania state law claims against Detective Lewis, the City, and District Attorney's Office without prejudice to plead facts allowing us to plausibly infer a basis for claims against them in an amended Complaint filed no later than **October 9, 2026** or we will close this case; and,

3. **Amend** the caption as above.

**KEARNEY, J.**