**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NAKISHA J. LEWIS, | : | Civil Action No. 2:26-cv-05545-MAK |
| Plaintiff, | : | |
| v. | : | |
| DETECTIVE RALPH D. LEWIS, et al., | : | |
| Defendants. | : | |

## DEFENDANT RALPH D. LEWIS'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Ralph D. Lewis hereby moves to dismiss the Amended Complaint against him for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Defendant incorporates the attached Memorandum of Law. Defendant respectfully requests this Court dismiss all claims asserted against him in accordance with the attached proposed order or grant such other relief it deems just.

This motion is exempt from the Court's meet and confer requirement because Plaintiff proceeds pro se. See J. Kearney Policies & Procedures, at 7.

Date: November 2, 2026

Respectfully submitted,

/s/ Noah S. Cohen
Noah S. Cohen
PA Attorney I.D. No. 313849
**GOLDSHAW GREENBLATT PIERCE LLC**
Two Penn Center
1500 John F. Kennedy Boulevard
Suite 1230
Philadelphia, PA 19102
(215) 978-9090
ncohen@ggplawfirm.com
*Counsel for Defendant Ralph D. Lewis*