**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NAKISA J. LEWIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-5545** |
| | : | |
| **DETECTIVE RALPH D. LEWIS, CITY OF PHILADELPHIA, PHILADELPHIA DISTRICT ATTORNEY'S OFFICE** | : | |

## ORDER

**AND NOW**, this 24th day of November 2026, upon studying Plaintiff's pro se amended Complaint (ECF 31) filed with the benefit of guidance from our detailed September 29, 2026 Memorandum (ECF 26), Defendants' Motions to dismiss (ECFs 34, 35, 38), Plaintiff's Oppositions (ECFs 36. 39), and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **GRANT** Defendants' Motions to dismiss (ECF 34, 35, 38) requiring we **dismiss** the amended Complaint (ECF 31):

   a. with prejudice as to the federal civil rights claims as Plaintiff has not shown an ability to plead facts allowing us to plausibly infer federal claims against her former husband or municipal liability by the state actors after two attempts;

   b. without prejudice as to the Pennsylvania state law claims as we decline to exercise supplemental jurisdiction, but Plaintiff may timely pursue state law claims in state court; and,

2. **DIRECT** the Clerk of Court to **CLOSE** this Action.

**KEARNEY, J.**